UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LYMAN MORSE BOATBUILDING, INC., ET AL., <br><br>        PLAINTIFFS <br><br> v. <br><br> NORTHERN ASSURANCE COMPANY OF AMERICA, INC., <br><br>        DEFENDANT | NO. 2:12-cv-313-DBH |

### PROCEDURAL ORDER ON MOTIONS FOR SUMMARY JUDGMENT AND JUDGMENT ON A STIPULATED RECORD

In the plaintiffs' Reply Brief they have argued that the duty to defend must be analyzed separately for the company insured and the individual insured with respect to the "your property" exclusion. Pls.' Reply Mem. in Support of Mot. for Summ. J. on a Stipulated Record/Mot. for Partial Summ. J. & Opp'n to Def.'s Cross-Mots. For Summ. J. at 4 (ECF No. 24). Because that argument came up on Reply, I do not have any responsive argument from the defendant concerning the interpretation of this aspect of the CGL policy.

Accordingly, I allow the defendant until September 17, 2013, to file a written memorandum of no more than seven (7) pages on this issue. The plaintiffs may then reply by September 20, 2013, in a written memorandum of no more than four (4) pages.

SO ORDERED.

DATED THIS 10TH DAY OF SEPTEMBER, 2013

                                                /S/D. BROCK HORNBY<br>
                                                **D. BROCK HORNBY**<br>
                                                **UNITED STATES DISTRICT JUDGE**